CASE NO. 8:23-cv-00201-TPB-AAS

MATTHEW SIMMONS, SHEILA MURRAY,
JACK MITCHELL, JACKIE RODRIGUEZ,
MADISON LIEFFORT, AND EMILY CARTER,

     Plaintiffs,

vs.

USI INSURANCE SERVICES, LLC, a foreign
limited liability company and USI ADVANTAGE
CORP., a foreign corporation,

     Defendants.

_____/

USI INSURANCE SERVICES LLC,

     Counter-Plaintiff,

vs.

MATTHEW SIMMONS, JACK MITCHELL
and SOUTHEAST SERIES OF LOCKTON
COMPANIES, LLC.,

     Counter-Defendants.

_____/

## NOTICE OF FILING PROPOSED ORDER

Counter-Plaintiff USI Insurance Services LLC's ("USI"), by and through their undersigned counsel, gives notice of filing the attached Proposed Order pursuant to the Court's Order (Doc. No. 25) dated February 7, 2023.  USI sent a

draft of the Proposed Order to counsel for Counter-Defendants on Feb. 8, 2023. Counter-Defendants provided their version of a proposed order on Feb. 9, 2023. The parties conferred by telephone on Feb. 9, 2023 and Feb. 10, 2023. The parties were unable to agree on a unified proposed order. Counter-Defendants will submit their proposed order. A word version of the Proposed Order submitted by USI will be sent to the chambers email address.

Dated: February 10, 2023

/s/ David E. Cannella
David E. Cannella, Esquire
Florida Bar No. 983837
david.cannella@hklaw.com
HOLLAND & KNIGHT LLP
200 South Orange Avenue, Ste. 2600
Post Office Box 1526 (32802-1526)
Orlando, FL 32801
Phone: (407) 244-1165
Fax: (407) 244-5288

and

Matthew Zimmerman, Esquire
Florida Bar No. 011484)
matthew.zimmerman@hklaw.com
HOLLAND & KNIGHT LLP
777 South Flagler Drive, Suite 1900
West Palm Beach, Florida 33401-6148
Phone: (561) 833-2000
Fax: (561) 650-8399

*Attorneys for*
*Counter Plaintiff, USI Insurance Services,*
*LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 10, 2023, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will electronically serve all parties of record.

*/s/David E. Cannella*
David E. Cannella, Esquire