| From: | Mandato, Claudia [CMandato@lockton.com] |
|---|---|
| on behalf of | Mandato, Claudia <CMandato@lockton.com> [CMandato@lockton.com] |
| Sent: | 1/30/2023 4:31:59 PM |
| To: | gjankovic@phypartners.com |
| CC: | alex@ayon.com |
| Subject: | RE: Better Health - Broker of Record Letter |
| Attachments: | BOR - Better Health Group.doc |

Hello Goran, quick follow-up to have this letter placed on your company letterhead, signed and returned to me. Thank you

**Claudia Mandato, MSOD,CPCU, ARM, CRM, CIC, CPIW, CRIS**
Executive Vice President
Lockton Companies
444 W. 47th Street
Kansas City, MO 64112
816-960-9021 (office)
913-219-3094 (cell)


**From:** Mandato, Claudia
**Sent:** Friday, January 27, 2023 2:32 PM
**To:** gjankovic@phypartners.com
**Cc:** alex@ayon.com
**Subject:** RE: Better Health - Broker of Record Letter

Good afternoon Goran, wanted to quickly follow-up to see if you needed anything in order to execute the BOR.

Thanks

**From:** Mandato, Claudia
**Sent:** Thursday, January 26, 2023 10:58 AM
**To:** gjankovic@phypartners.com
**Cc:** alex@ayon.com
**Subject:** Better Health - Broker of Record Letter

Goran, attached is the Broker of Record Letter (BOR) we need you to place on your letterhead, sign and return to me. Please let us know if you have any questions.

Regards,

**Claudia Mandato, MSOD,CPCU, ARM, CRM, CIC, CPIW, CRIS**
Executive Vice President
Lockton Companies
444 W. 47th Street
Kansas City, MO 64112
816-960-9021 (office)
913-219-3094 (cell)



Mandato
3/31/23 - LF
**91**
DEFENDANT'S EXHIBIT

CONFIDENTIAL