*January 25, 2023*


**Re:     Better Health Group LLC – See attached**
**          Broker Of Record Letter – See attached Policy Schedule**

**Effective Date:  January 25, 2023**


We hereby appoint Lockton Companies as our exclusive insurance broker.  The employment of Lockton Companies rescinds all previous appointments, and the authority contained herein shall remain in full force until canceled in writing.  Further, this letter constitutes our desire to waive any subsequent option for a period of potential rescission of this authority.  No rescission shall be granted.

Lockton Companies is hereby authorized to negotiate directly with any interested company, including incumbents, as respects the implementation of property and casualty insurance to be provided for the ***Better Health Group LLC and/or any of its subsidiary companies***.

This letter also constitutes your authority to furnish Lockton Companies representatives with all information it may request as concerning our insurance contracts, rates, rating schedules, surveys, reserves, retentions, and all other financial data Lockton Companies may wish to obtain to complete its analysis of our present and future requirements in connection with this insurance program.

Lockton Companies shall not be responsible for any transaction, including but not limited to, unearned or return premium and commissions (due to audit, policy cancellation, a reduction in or deletion of coverage, or any other reason) and/or errors and omissions arising out of the placement of the above captioned policy that preceded this letter of authority

Yours truly,


***(Authorized Representative of Company)***



Mandato
3/31/23 - LF

**92**

DEFENDANT'S EXH B T

Lockton Companies – Broker of Record Letter

# Attach to Better Health Group LLC - Broker of Record Letter dated 1/25/2023:

## Named Insureds

Better Health Group LLC
December, 2022

| Name Insured | Operations |
|---|---|
| Better Health Group, LLC | Parent Company |
| Better Health Midco, LLC | Holding Company |
| Better Health Group Services, Inc. | In-house Payroll Company |
| Physician Partners, LLC | Entity that contracts with payors and providers for value-based services |
| Family Practice St Cloud, PA | Entity that employs licensed physicians, other practitioners, and staff to deliver healthcare through clinics and other methods. |
| Five Star ACO, LLC | Accountable Care Organization contracted with CMS |
| Florida Medical Associates, LLC | Entity that employs licensed physicians, other practitioners, and staff to deliver healthcare through clinics and other methods. |
| Health First Network, Inc | Entity that contracts with payors and providers for value-based services |
| Physician Partners Specialty Services, LLC | Entity that employs licensed physicians, other practitioners, and staff to deliver healthcare through clinics and other methods. |
| Select Physician Associates, LLC | Accountable Care Organization contracted with CMS |
| TLC MedServ, LLC | |
| TLCRx1, LLC | Retail Pharmacy |
| Oklahoma Better Health Group, LLC | Entity that contracts with payors and providers for value-based services |
| Alabama Better Health Group, LLC | Entity that contracts with payors and providers for value-based services |
| Florida Better Health Group, LLC | Entity that contracts with payors and providers for value-based services |
| Texas Better Health Group, LLC | Entity that contracts with payors and providers for value-based services |
| ViPcare Texas, LLC | Entity that employs licensed physicians, other practitioners, and staff to deliver healthcare through clinics and other methods. |
| Tennessee Better Health Group, LLC | Entity that contracts with payors and providers for value-based services |
| ViPcare Tennessee, PLLC | Entity that employs licensed physicians, other practitioners, and staff to deliver healthcare through clinics and other methods. |
| Mejor Salud Puerto Rico, LLC | Entity that contracts with payors and providers for value-based services |
| National Family Medical Associates, LLC | Entity that employs licensed physicians, other practitioners, and staff to deliver healthcare through clinics and other methods. |
| Physician Partners ACO Reach, LLC | Accountable Care Organization contracted with CMS |
| Physician Partners ACO 1, LLC | Accountable Care Organization contracted with CMS |
| Physician Partners ACO 2, LLC | Accountable Care Organization contracted with CMS |
| Georgia Better Health Group, LLC | Accountable Care Organization contracted with CMS |

Lockton Companies – Broker of Record Letter

## Attach to Better Health Group LLC - Broker of Record Letter dated 1/25/2023:

| Coverage | Carrier | Effective Date | Policy Number |
|---|---|---|---|
| Automobile (HNOA ONLY) | Trumbull Insurance Company (Hartford) | 12/23/2022 - 12/23/2023 | ████0790 |
| Cyber -1 of 3 Primary ($5M) | Underwriters at Lloyds | 12/11/2022 - 12/11/2023 | ████222 |
| Cyber -2 of 3 ($5M xs $5M) | Ascot Specialty Insurance Company | 12/11/2022 - 12/11/2023 | ████5903 |
| Cyber -3 of 3 ($5M xs $10M) | Arch Specialty Insurance Company | 12/11/2022 - 12/11/2023 | █████2022 |
| | Allianz Underwriters Insurance Company | | |
| | Fortegra Specialty Insurance Company | | |
| D&O $5M/EPL $3M | Argonaut Insurance Company | 12/23/2022 - 12/23/2023 | ████3671 |
| D&O $5M XS $5M | Endurance Assurance Corporation | 12/23/2022 - 12/23/2023 | ████0701 |
| D&O Side A $5M XS $10M | Allianz Global Risks US Insurance Company | 12/23/2022 - 12/23/2023 | ████222 |
| FID/CRM/K&R | Travelers Casualty and Surety Co of America | 12/23/2022 - 12/23/2023 | ████0665 |
| Package | Hartford Fire Insurance Company (Hartford) | 12/23/2022 - 12/23/2023 | ████0471 |
| Umbrella | Hartford Casualty Insurance Company (Hartford) | 12/23/2022 - 12/23/2023 | ████0725 |
| Workers Compensation | Pennsylvania Manufacturers' Association Insurance | 01/01/2023 - 01/01/2024 | ████6334 |

Lockton Companies – Broker of Record Letter

CONFIDENTIAL