## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MATTHEW SIMMONS, ET AL.,

     Plaintiffs,

v.

USI INSURANCE SERVICES LLC, ET AL.,

     Defendant.

Case No. 8:23-CV-00201-TPB-AAS

USI INSURANCE SERVICES, LLC

     Counter-Plaintiff,

v.

MATTHEW SIMMONS, JACK MITCHELL and SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,

     Counter-Defendants.

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Molly A. Jones, Crowell & Moring LLP, as counsel for Counter-Defendant Southeast Series of Lockton Companies, LLC. Ms. Jones requests copies of all pleadings, motions and correspondence related to this action be furnished to the undersigned.

Dated: August 14, 2023

Respectfully submitted,

*/s/ Molly A. Jones*

Molly A. Jones (admitted *pro hac vice*)
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:    (415) 986-2800
Fax:    (415) 986-2827
mojones@crowell.com

*Attorneys for Counter-Defendant*
*Southeast Series of Lockton*
*Companies, LLC*

2