UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-00201-TPB-AAS

MATTHEW SIMMONS, SHEILA MURRAY,
JACK MITCHELL, JACKIE RODRIGUEZ,
MADISON LIEFFORT, AND EMILY CARTER,

    Plaintiffs,

vs.

USI INSURANCE SERVICES, LLC, a foreign
limited liability company and USI ADVANTAGE
CORP., a foreign corporation,

    Defendants.

_____/

USI INSURANCE SERVICES LLC,

    Counter-Plaintiff,

vs.

MATTHEW SIMMONS, JACK MITCHELL
and SOUTHEAST SERIES OF LOCKTON
COMPANIES, LLC.,

    Counter-Defendants.

_____/

**NOTICE OF FILING DECLARATIONS IN COMPLIANCE WITH
COURT ORDER [DE 73]**

Counter-Defendant Southeast Series of Lockton Companies, LLC,

Plaintiffs/Counter-Defendants Matthew Simmons and Jack Mitchell, Plaintiffs

Sheila Murray, Jackie Rodriguez, Madison Lieffort, and Emily Carter, and non-

parties Chris Kakish and Theresa Kemp, through their undersigned counsel, hereby file their bimonthly Declarations in compliance with the Court's May 9, 2023 Order [DE 73]. The Declarations are attached hereto as **Composite Exhibit "1"**.

Dated:  March 8, 2024

Respectfully submitted,

By: */s/ Lyle E. Shapiro*

**Lyle Shaprio, Esq.**
Fla. Bar No. 120324
**HERSKOWITZ SHAPIRO, PLLC**
9130 S. Dadeland Boulevard
Suite 1609, Miami, FL 33156
Email: lyle@hslawfl.com

***Counsel for Plaintiffs***
***And Counter-Defendants***

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of via transmission of Notice of Electronic Filing generated by CM/ECF.

*s/ Lyle E. Shapiro*

2