COMPOSITE EXHIBIT "1"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-00201-TPB-AAS

MATTHEW SIMMONS, SHEILA MURRAY,
JACK MITCHELL, JACKIE RODRIGUEZ,
MADISON LIEFFORT, AND EMILY CARTER,

     Plaintiffs,

vs.

USI INSURANCE SERVICES, LLC, a foreign
limited liability company and USI ADVANTAGE
CORP., a foreign corporation,

     Defendants.

_____/

USI INSURANCE SERVICES LLC,

     Counter-Plaintiff,

vs.

MATTHEW SIMMONS, JACK MITCHELL
and SOUTHEAST SERIES OF LOCKTON
COMPANIES, LLC.,

     Counter-Defendants.

_____/

## DECLARATION OF JACKIE RODRIGUEZ

Pursuant to 28 U.S.C. § 1746, I, Jackie Rodriguez, declare under penalty of perjury as follows:

1. Pursuant to Paragraph 7 of the Court's Amended Order Granting Motion for Preliminary Injunction in Part and Enjoining Violations of

Employment Agreements (D.E. 73) ("Court Order") requiring a bimonthly declaration that I have complied with the restrictions set forth in the Court Order, I hereby declare under penalty of perjury that I have complied with the restrictions set forth in Paragraphs 2-5 of the Court Order.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: ___3/4/0024___

By: _____
Jackie Rodriguez

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-00201-TPB-AAS

MATTHEW SIMMONS, SHEILA MURRAY,
JACK MITCHELL, JACKIE RODRIGUEZ,
MADISON LIEFFORT, AND EMILY CARTER,

    Plaintiffs,

vs.

USI INSURANCE SERVICES, LLC, a foreign
limited liability company and USI ADVANTAGE
CORP., a foreign corporation,

    Defendants.
_____/

USI INSURANCE SERVICES LLC,

    Counter-Plaintiff,

vs.

MATTHEW SIMMONS, JACK MITCHELL
and SOUTHEAST SERIES OF LOCKTON
COMPANIES, LLC.,

    Counter-Defendants.
_____/

## DECLARATION OF SHEILA MURRAY

Pursuant to 28 U.S.C. § 1746, I, Sheila Murray, declare under penalty of

perjury as follows:

1.    Pursuant to Paragraph 7 of the Court's Amended Order Granting

Motion for Preliminary Injunction in Part and Enjoining Violations of

Agreements (D.E. 73) ("Court Order") requiring a bimonthly declaration that I have complied with the restrictions set forth in the Court Order, I hereby declare under penalty of perjury that I have complied with the restrictions set forth in Paragraphs 2-5 of the Court Order.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: 3-5-2024

By: Sheila M

Sheila Murray

- 2 -

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-00201-TPB-AAS

MATTHEW SIMMONS, SHEILA MURRAY,
JACK MITCHELL, JACKIE RODRIGUEZ,
MADISON LIEFFORT, AND EMILY CARTER,

    Plaintiffs,

vs.

USI INSURANCE SERVICES, LLC, a foreign
limited liability company and USI ADVANTAGE
CORP., a foreign corporation,

    Defendants.

_____/

USI INSURANCE SERVICES LLC,

    Counter-Plaintiff,

vs.

MATTHEW SIMMONS, JACK MITCHELL
and SOUTHEAST SERIES OF LOCKTON
COMPANIES, LLC.,

    Counter-Defendants.

_____/

**DECLARATION OF EMILY CARTER**

Pursuant to 28 U.S.C. § 1746, I, Emily Carter, declare under penalty of perjury as follows:

1.     Pursuant to Paragraph 7 of the Court's Amended Order Granting Motion for Preliminary Injunction in Part and Enjoining Violations of

Employment Agreements (D.E. 73) ("Court Order") requiring a bimonthly declaration that I have complied with the restrictions set forth in the Court Order, I hereby declare under penalty of perjury that I have complied with the restrictions set forth in Paragraphs 2-5 of the Court Order.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: 3/5/24

By: _____
Emily Carter

- 2 -

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-00201-TPB-AAS

MATTHEW SIMMONS, SHEILA MURRAY,
JACK MITCHELL, JACKIE RODRIGUEZ,
MADISON LIEFFORT, AND EMILY CARTER,

     Plaintiffs,

vs.

USI INSURANCE SERVICES, LLC, a foreign
limited liability company and USI ADVANTAGE
CORP., a foreign corporation,

     Defendants.

_____/

USI INSURANCE SERVICES LLC,

     Counter-Plaintiff,

vs.

MATTHEW SIMMONS, JACK MITCHELL
and SOUTHEAST SERIES OF LOCKTON
COMPANIES, LLC.,

     Counter-Defendants.

_____/

### DECLARATION OF MADISON LIEFFORT

Pursuant to 28 U.S.C. § 1746, I, Madison Lieffort, declare under penalty of perjury as follows:

1.    Pursuant to Paragraph 7 of the Court's Amended Order Granting Motion for Preliminary Injunction in Part and Enjoining Violations of

Employment Agreements (D.E. 73) ("Court Order") requiring a bimonthly declaration that I have complied with the restrictions set forth in the Court Order, I hereby declare under penalty of perjury that I have complied with the restrictions set forth in Paragraphs 2-5 of the Court Order.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: 3/4/24

By: _____
Madison Lieffort

- 2 -

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-00201-TPB-AAS

MATTHEW SIMMONS, SHEILA MURRAY,
JACK MITCHELL, JACKIE RODRIGUEZ,
MADISON LIEFFORT, AND EMILY CARTER,

      Plaintiffs,

vs.

USI INSURANCE SERVICES, LLC, a foreign
limited liability company and USI ADVANTAGE
CORP., a foreign corporation,

      Defendants.

_____/

USI INSURANCE SERVICES LLC,

      Counter-Plaintiff,

vs.

MATTHEW SIMMONS, JACK MITCHELL
and SOUTHEAST SERIES OF LOCKTON
COMPANIES, LLC.,

      Counter-Defendants.

_____/

**DECLARATION OF MATTHEW SIMMONS**

      Pursuant to 28 U.S.C. § 1746, I, Matthew Simmons, declare under penalty of perjury as follows:

      1.    Pursuant to Paragraph 7 of the Court's Amended Order Granting Motion for Preliminary Injunction in Part and Enjoining Violations of

Employment Agreements (D.E. 73) ("Court Order") requiring a bimonthly declaration that I have complied with the restrictions set forth in the Court Order, I hereby declare under penalty of perjury that I have complied with the restrictions set forth in Paragraphs 2-5 of the Court Order.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: 3/7/2024

By: _____
Matthew Simmons

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-00201-TPB-AAS

MATTHEW SIMMONS, SHEILA MURRAY,
JACK MITCHELL, JACKIE RODRIGUEZ,
MADISON LIEFFORT, AND EMILY CARTER,

     Plaintiffs,

vs.

USI INSURANCE SERVICES, LLC, a foreign
limited liability company and USI ADVANTAGE
CORP., a foreign corporation,

     Defendants.

_____/

USI INSURANCE SERVICES LLC,

     Counter-Plaintiff,

vs.

MATTHEW SIMMONS, JACK MITCHELL
and SOUTHEAST SERIES OF LOCKTON
COMPANIES, LLC.,

     Counter-Defendants.

_____/

## DECLARATION OF JACK MITCHELL

Pursuant to 28 U.S.C. § 1746, I, Jack Mitchell, declare under penalty of perjury as follows:

1.     Pursuant to Paragraph 7 of the Court's Amended Order Granting Motion for Preliminary Injunction in Part and Enjoining Violations of

Employment Agreements (D.E. 73) ("Court Order") requiring a bimonthly declaration that I have complied with the restrictions set forth in the Court Order, I hereby declare under penalty of perjury that I have complied with the restrictions set forth in Paragraphs 2-5 of the Court Order.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: 3 / 6 / 2024

By: _____
Jack Mitchell

- 2 -

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-00201-TPB-AAS

MATTHEW SIMMONS, SHEILA MURRAY,
JACK MITCHELL, JACKIE RODRIGUEZ,
MADISON LIEFFORT, AND EMILY CARTER,

        Plaintiffs,

vs.

USI INSURANCE SERVICES, LLC, a foreign
limited liability company and USI ADVANTAGE
CORP., a foreign corporation,

        Defendants.

_____/

USI INSURANCE SERVICES LLC,

        Counter-Plaintiff,

vs.

MATTHEW SIMMONS, JACK MITCHELL
and SOUTHEAST SERIES OF LOCKTON
COMPANIES, LLC.,

        Counter-Defendants.

_____/

## **DECLARATION OF CHRIS KAKISH**

Pursuant to 28 U.S.C. § 1746, I, Chris Kakish, declare under penalty of perjury as follows:

1.      Pursuant to Paragraph 7 of the Court's Amended Order Granting Motion for Preliminary Injunction in Part and Enjoining Violations of

Employment Agreements (D.E. 73) ("Court Order") requiring a bimonthly declaration that I have complied with the restrictions set forth in the Court Order, I hereby declare under penalty of perjury that I have complied with the restrictions set forth in Paragraphs 2-5 of the Court Order.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: 3/4/2024

By: Chris Kakish

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-00201-TPB-AAS

MATTHEW SIMMONS, SHEILA MURRAY,
JACK MITCHELL, JACKIE RODRIGUEZ,
MADISON LIEFFORT, AND EMILY CARTER,

 Plaintiffs,

vs.

USI INSURANCE SERVICES, LLC, a foreign
limited liability company and USI ADVANTAGE
CORP., a foreign corporation,

 Defendants.
_____/

USI INSURANCE SERVICES LLC,

 Counter-Plaintiff,

vs.

MATTHEW SIMMONS, JACK MITCHELL
and SOUTHEAST SERIES OF LOCKTON
COMPANIES, LLC.,

 Counter-Defendants.
_____/

**DECLARATION OF THERESA KEMP**

Pursuant to 28 U.S.C. § 1746, I, Theresa Kemp, declare under penalty of perjury as follows:

1. Pursuant to Paragraph 7 of the Court's Amended Order Granting Motion for Preliminary Injunction in Part and Enjoining Violations of

Employment Agreements (D.E. 73) ("Court Order") requiring a bimonthly declaration that I have complied with the restrictions set forth in the Court Order, I hereby declare under penalty of perjury that I have complied with the restrictions set forth in Paragraphs 2-5 of the Court Order.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: 3 / 1 / 2 4

By: _____

Theresa Kemp

- 2 -

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-00201-TPB-AAS

MATTHEW SIMMONS, SHEILA MURRAY,
JACK MITCHELL, JACKIE RODRIGUEZ,
MADISON LIEFFORT, AND EMILY CARTER,

      Plaintiffs,

vs.

USI INSURANCE SERVICES, LLC, a foreign
limited liability company and USI ADVANTAGE
CORP., a foreign corporation,

      Defendants.
_____/

USI INSURANCE SERVICES LLC,

      Counter-Plaintiff,

vs.

MATTHEW SIMMONS, JACK MITCHELL
and SOUTHEAST SERIES OF LOCKTON
COMPANIES, LLC.,

      Counter-Defendants.
_____/

**<u>DECLARATION OF MANOJ SHARMA</u>**

Pursuant to 28 U.S.C. § 1746, I, Manoj Sharma, declare under penalty of perjury as follows:

1.      Pursuant to Paragraph 7 of the Court's Amended Order Granting Motion for Preliminary Injunction in Part and Enjoining Violations of

Employment Agreements (D.E. 73) ("Court Order") requiring a bimonthly declaration that the Southeast Series of Lockton Companies, LLC ("Lockton Southeast") has complied with the restrictions set forth in the Court Order, I hereby declare as follows:

a. Lockton Southeast has complied with the restrictions set forth in the Court Order.

b. Any solicitation of business or efforts made to move any business of USI current or former clients falling within the scope of the restrictions referenced in Paragraphs 3 and 4 of the Court Order to Lockton Southeast has been done without any contact or involvement whatsoever, direct or indirect, by Matthew Simmons, Jack Mitchell, Sheila Murray, Jackie Rodriguez, Madison Lieffort, Emily Carter, Chris Kakish or Theresa Kemp (the "Former USI Employees").

c. Lockton Southeast's servicing of the insurance needs of any USI current or former clients falling within the scope of the restrictions referenced in Paragraphs 3 and 4 of the Court Order has been done without any contact or involvement whatsoever, direct or indirect, by the Former USI Employees.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: ___March 7, 2024___

By: _____M. Sharma_____

Manoj Sharma, Chief Operating Officer
Southeast Series of Lockton Companies, LLC

- 3 -