*UNITED STATES DISTRICT COURT*
*MIDDLE DISTRICT OF FLORIDA*
*TAMPA DIVISION*

*MAY 2024 TRIAL CALENDAR*

**THE FOLLOWING CASES ARE SET FOR TRIAL BEFORE UNITED STATES DISTRICT JUDGE THOMAS P. BARBER for the MAY 2024 trial term commencing April 29, 2024,[1] at 9:00 AM, in Courtroom 14A, Fourteenth Floor, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida. All counsel and parties should refer to the individual reporting instructions contained for each case listed below.**

The cases are listed in the order in which they are intended to be tried, although experience indicates that at times cases may be called out of order. For the convenience of counsel, the names and telephone numbers of all counsel and Pro Se parties are furnished so that counsel and Pro Se parties may keep themselves informed of the progress of the listed cases. Notwithstanding any of the above, cases on this calendar are subject to being called for trial by any Judicial Officer within the Middle District of Florida. At least twenty-four hours' notice will be given to all parties. **NOTE: This calendar is subject to being amended by necessity if the Court finds that criminal cases must be given priority.**

Final Exhibit Lists and Final Witness Lists shall be **filed electronically** prior to trial and **three copies** shall be provided to the Courtroom Deputy Clerk the morning of trial.

All **exhibits** are to be pre-marked in accordance with Rule 3.07 of the Local Rules, Middle District of Florida. Copies of the Local Rules can be obtained from the Clerk=s Office or at www.flmd.uscourts.gov. Forms for exhibits tags and exhibit lists can also be located at the Court's website.

**SPECIAL REQUIREMENT FOR ALL CASES: If counsel/pro se parties utilize binders for originals and copies of trial exhibits, the binders must not exceed two inches in thickness. One courtesy copy of exhibits to be provided to Courtroom Deputy Clerk on the first day of trial.**

Effective December 1, 2016, pursuant to 11th Cir. R. 11-3; FRAP 11, IOP 3, the District Court Clerk must: (1) include in the electronic record on appeal electronic versions of all documentary exhibits admitted into evidence at trial or any evidentiary hearing; and (2) ensure that no such exhibits are returned to the parties before electronic versions have been entered into the electronic record on appeal. **Accordingly, the Parties shall provide to the Courtroom Deputy Clerk, at the conclusion of trial, a thumb drive with electronic copies in pdf format, under 50 MB / 50000 KB (reducing or splitting the over-sized files) of all exhibits admitted into evidence. An exhibit tag MUST be included either in front of or on the exhibit.**

If an exhibit is physical evidence (e.g., drugs, ammunition, firearm), counsel shall provide a photographic substitution of the exhibit. If an exhibit contains sensitive information (i.e., child pornographic images), counsel should either (a) provide a redacted version of the exhibit, or (b) insert a placeholder exhibit that states, "Exhibit [Number] contains sensitive images."

---

[1] Photo I.D. is required to enter this facility.

CRIMINAL CASES: Unless otherwise directed, Counsel shall, NO LATER than five days prior to the date on which the trial term will commence or the "date certain," (if applicable) **electronically file** proposed voir dire, jury instructions, and verdict forms, serve copies on opposing counsel. The proposed jury instructions and verdict forms should also be emailed to: chambers_flmd_barber@flmd.uscourts.gov.

CIVIL CASES: Counsel in civil cases are reminded of their obligation to **electronically file** proposed jury instructions, proposed verdict forms and trial briefs in accordance with the deadlines set forth in the Court=s Scheduling Order.

A request to continue a trial is disruptive. All feasible alternatives should be pursued before requesting a continuance. A request for continuance shall be presented **in writing** and shall include a report of every non-moving party=s current support for or opposition to the requested continuance. If a request for continuance is based upon a calendar conflict with another proceeding, the request must provide the information pertinent to a resolution of the conflict (i.e., the information necessary to confirm the existence of, and to determine the applicable priority of, the conflicting events in accord with the prescriptions in the AResolution of the Florida State-Federal Judicial Council Regarding Calendar Conflicts Between State and Federal Courts@ (appended to and adopted in Krasnow v Navarro, 909 F.2d 451, 455 (11th Cir. 1990), and codified in Rule 2.052, Florida Rules of Judicial Administration, as amended and adopted in Amendments to the Florida Rules of Judicial Administration, 682 So.2d 89 (Fla. 1996)).

**Counsel are directed to promptly contact Courtroom Deputy Clerk Sonya Cohn (813-301-6151) if they wish to use electronic equipment during trial.**

*****************************************************************************

# MAY 2024 TRIAL TERM

**DATE CERTAIN**  
**Final PTC set 4/25 at 1:30 p.m.**

NOTE: Unless otherwise notified, Counsel/parties must be present and prepared to proceed to trial on APRIL 29, 2024.

JURY TRIAL

Trial Estimate: 3 -4 days

1. Case No. 8:22-cr-395-TPB-UAM

USA

Suzanne Huyler & Michael Gordon, AUSA (813-274-6000)

v.

ALLEN JENKINS     (Bond)

Mark Rankin, ret. (727-365-1751)

-------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| **DATE CERTAIN**<br>Final PTC set 4/25 at 1:30 p.m. | **NOTE:** Unless otherwise notified, Counsel/parties must be present and prepared to proceed to trial on APRIL 29, 2024. (Back-up case). Alternative date is 5/6/2024 if USA v. Jenkins proceeds as scheduled. |
| 2.  Case No. 8:23-cr-146-TPB-NHA | Trial Estimate: 2 days |
| USA | Samantha Beckman, AUSA (813-274-6000) |
| v. | |
| RICHARD SALINO GARCIA (Custody) | pro se<br>Raudel Vitier, AFPD (standby counsel) (813-228-2715) |

---

| | |
|---|---|
| **DATE CERTAIN**<br>Final PTC set 4/25 at 1:30 p.m. | **NOTE:** Unless otherwise notified, Counsel/parties must be present and prepared to proceed to trial on APRIL 29, 2024. (Back-up case) |
| JURY TRIAL | Trial Estimate: 3-4 days |
| 3.  Case No. 8:22-cr-389-TPB-TGW | |
| USA | Samantha Beckman, AUSA (813-274-6000) |
| v. | |
| ALFONSO LEON WILSON (Custody) | Gus Centrone, CJA (813-229-1118) |

---

| | |
|---|---|
| JURY TRIAL | Trial Estimate: 6-8 days |
| 4.  8:23-cv-201-TPB-AAS | |
| USI INSURANCE SERVICES LLC, et al. | David Canella, Kristin Royal (407-425-8500)<br>Matthew Zimmerman (561-650-8365) |
| v. | |
| MATTHEW SIMMONS, et al. | Lyle Shapiro (305-423-1986)<br>Christopher Banks (415-365-7422) |

---

DATED: April 4, 2024      For the Court,

**SONYA COHN**
Courtroom Deputy Clerk to
United States District Judge Thomas P. Barber
Telephone: (813) 301-6151