UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-00201-TPB-AAS

MATTHEW SIMMONS, SHEILA MURRAY,
JACK MITCHELL, JACKIE RODRIGUEZ,
MADISON LIEFFORT, AND EMILY CARTER,

    Plaintiffs,

vs.

USI INSURANCE SERVICES, LLC, a foreign
limited liability company and USI ADVANTAGE
CORP., a foreign corporation,

    Defendants.
_____/

USI INSURANCE SERVICES LLC,

    Counter-Plaintiff,

vs.

MATTHEW SIMMONS, JACK MITCHELL
and SOUTHEAST SERIES OF LOCKTON
COMPANIES, LLC.,

    Counter-Defendants.
_____/

## USI'S NOTICE OF FILING PROPOSED JURY INSTRUCTIONS

USI Insurance Services, LLC ("USI") respectfully provides notice of filing two proposed jury instructions, which USI previously submitted to the Court on July 17 and July 18, 2023, and which were addressed by the Court before the jury

instructions were read to the jury.

The proposed instructions, regarding the definition of solicitation and calculation of damages, respectively, are hereto attached.

Respectfully submitted July 18, 2024.

                */s/ David E. Cannella*
                David E. Cannella, Esquire
                Florida Bar No. 983837
                david.cannella@hklaw.com
                HOLLAND & KNIGHT LLP
                200 South Orange Avenue, Ste. 2600
                Post Office Box 1526 (32802-1526)
                Orlando, FL 32801
                Phone: (407) 244-1165
                Fax: (407) 244-5288

                and

                Matthew Zimmerman, Esquire
                Florida Bar No. 011484)
                matthew.zimmerman@hklaw.com
                HOLLAND & KNIGHT LLP
                777 South Flagler Drive, Suite 1900
                West Palm Beach, Florida  33401-6148
                Phone: (561) 833-2000
                Fax: (561) 650-8399
                Attorneys for Plaintiffs,
                *USI Insurance Services, LLC, and*
                *USI Advantage Corporation*