## USI'S PROPOSED INSTRUCTION
## BREACH OF CONTRACT
## SOLICITATION, DIVERSION, INDUCEMENT

As used in these instructions, to "solicit" means to ask for or seek something from someone. To "divert" means to turn a person or thing aside from one course or direction to another. To "induce" means to cause a person to choose one course of conduct rather than another. A solicitation can include a transaction or a contact in which the employee was proactive, regardless of whether the customer or employee initiated the transaction or contract.

Authority: *Scarbrough v. Liberty National Life Insurance, Co.*, 872 So. 2d 283, 285 (Fla. 1st DCA 2004)

## USI'S PROPOSED INSTRUCTION
## CALCULATION OF DAMAGES
## PROPOSED JURY INSTRUCTION: DAMAGES

Although you may not render a verdict based on speculation or guesswork, if you find that Defendants' wrongdoing has prevented USI from presenting a more precise computation of damages, you may make a just and reasonable estimate of the damages owed to USI, if any, based on relevant data, and render your verdict accordingly. In such circumstances, you may rely on probable and inferential as well as upon direct and positive proof.

**Authority**: *Bigelow v. RKO Radio Pictures*, 327 U.S. 251, 264 (1946); Bangor Punta Operations v. Universal Marine Company, LTD, 543 F.2d 1107, 1110 (5th Cir. 1976)

#505909115_v1