UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

USI INSURANCE SERVICES LLC,

    Counter-Plaintiff,

v.                                         Case No.: 8:23-cv-201-TPB-AAS

MATTHEW SIMMONS, JACK MITCHELL
and SOUTHEAST SERIES OF LOCKTON
COMPANIES, LLC,

    Counter-Defendants.
_____/

## VERDICT FORM
## CLAIMS AGAINST JACK MITCHELL

### Instructions

When answering the following questions and filling out this verdict form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the jury instructions. Please refer to the jury instructions if you are unsure about the meaning of any legal term that appears in the questions below.

We, the jury, unanimously agree on the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## Breach of Contract

1. Did USI prove that a breach of contract on the part of Mr. Mitchell was a legal cause of damage to USI? (please circle either "Yes" or "No")

   No

If you answered no, you have found in favor of Mr. Mitchell and against USI on USI's breach of contract claim. If you answered "Yes," you have found in favor of USI and against Mr. Mitchell on USI's breach of contract claim. Please proceed to the next question.

## Breach of Fiduciary Duty

1. Did USI prove that, while Mr. Mitchell was employed by USI, he breached a fiduciary duty? (please circle either "Yes" or "No")

   No

2. Did USI prove that a breach of fiduciary duty on the part of Mr. Mitchell was a legal cause of damage to USI? (please circle either "Yes" or "No")

   No

If you answered any of these questions "No," you have found in favor of Mr. Mitchell and against USI on USI's breach of fiduciary duty claim. If you answered both of these questions "Yes," you have found in favor of USI and against Mr. Mitchell on USI's breach of fiduciary duty claim. Please proceed to the next question.

## Damages

1. Did you find in favor of USI on any of its claims against Mr. Mitchell, either breach of contract or breach of fiduciary duty, or both? (please circle either "Yes" or "No")

     Yes      No

    If you answered "No," you should not answer the following questions and proceed to sign and date the verdict form. If you answered "Yes," please proceed to answer the following questions.

2. What is the total amount of damages, if any, Mr. Mitchell's breach of contract caused USI to sustain? The amount you determine, if any, must be only for Mr. Mitchell, and not any other Defendants.

    $ 76,250

3. What is the total amount of damages, if any, Mr. Mitchell's breach of fiduciary duty caused USI to sustain? The amount you determine, if any, must be only for Mr. Mitchell, and not any other Defendants.

    $ 76,250



X      152,500.00

4. If you are awarding damages to USI from any of the three Defendants, please indicate *the total amount of damages you intend to award for the entire case* (this is the total amount of damages after adding together the separate amounts, if any, you determined were caused by Mr. Simmons, Mr. Mitchell, and Lockton).

Total amount of damages $3,050,000

**SO SAY WE ALL**, this 18 day of July, 2024.

███████████
FOREPERSON (signature)

███████████
(please print name legibly)