Message
_____

**From:** Matthew Simmons [mhsimmons13@gmail.com]
**Sent:** 11/25/2022 3:41:54 PM
**To:** Shelat, Anand [AShelat@lockton.com]
**CC:** Sharma, Manoj [MSharma@lockton.com]
**Subject:** Re: Continue Discussion
**Attachments:** image001.png; MHS Comp Comparison 11.25.22.xlsx

Anand and Manoj,

I hope you had a great Thanksgiving holiday! Thanks again for your time last week.

I have attached an excel sheet showing my current compensation if I were to remain at USI (not actively soliciting new business) versus the proposed Lockton compensation plan. As you can see I would make much less money under Lockton the next 5 years while taking on a significant amount of work (rebuilding) and risk (being sued publicly, disruption, etc).

In my excel sheet, I have also drawn up an alternative proposed option.

Finally, what I did not address in this excel is how USI compensates my region. We are paid a draw and then quarterly true'd up on cash collected. Dates are as follows:

Dec - Feb - Paid in March
Mar - May - Paid in June
Jun - Aug - Paid in September
Sept - Nov - Paid in December

I am walking away from $350k+- in stock. In addition to the stock, because of the hurricane, I had to extend all of my Oct and Nov renewals to Dec 1. Those Oct and Nov renewals would have typically been paid in Dec. Now, I have $3mm+- renewing in December. My quarterly true ups have ranged between $100k and $500k a quarter. Because of the extension, my March true up will be closer to $500k as it now incorporates the Oct and Nov programs that now renew 12/1. Regardless, if I were to leave, I will always be taking a loss around $300k+- due to USI delayed quarterly payments.

Once again, thanks for walking me through the economics/model. Please let me know when you have time to discuss my excel sheet in more detail.

Best,
Matt

On Tue, Nov 22, 2022 at 5:41 PM Shelat, Anand <AShelat@lockton.com> wrote:

Matt – great chatting with you today.



Attached please find the capital account and LTI examples we discussed. The capital account illustrates the updated growth rates we discussed along with a higher T&E. Feel free to call me with questions.

Highly Confidential - Attorneys' Eyes Only



DOC00000773
DOC00000773
DOC00000773

Cheers,

**Anand Shelat**

Senior Manager, Finance

Lockton Companies

Office 404.460.0781

Mobile 617.646.9089

3280 Peachtree Road, Suite 250, Atlanta, GA 30305

BEST PLACES
TO WORK

**From:** Matt Simmons <mhsimmons13@gmail.com>
**Sent:** Tuesday, November 22, 2022 1:25 PM
**To:** Shelat, Anand <AShelat@lockton.com>
**Cc:** Sharma, Manoj <MSharma@lockton.com>
**Subject:** Re: Continue Discussion

Anand and Manoj,

Thanks again for your time today. Please send the PDF when you can.

Thank you!

Matt

Highly Confidential - Attorneys' Eyes Only

Sent from my iPhone

On Nov 22, 2022, at 10:38 AM, Shelat, Anand <AShelat@lockton.com> wrote:

-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
- Do not delete or change any of the following text. -

**Join my Webex Personal Room meeting.**

Join meeting

Meeting link: https://lockton.webex.com/meet/ashelat

Meeting number (access code): 804 474 882

**Join by phone**
Tap to call in from a mobile device (attendees only)
1-408-792-6300 Call-in toll number (US/Canada)

Global call-in numbers | Toll-free calling restrictions

**Join from a video conferencing system or application**
Dial ashelat@lockton.webex.com
Skype ashelat.lockton@lync.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

© 2021 Cisco Systems, Inc. and/or its affiliates. All rights reserved. 2.4.0.0

Highly Confidential - Attorneys' Eyes Only

**Document Produced Natively**

 DOC00000776

**MHS**
**Comp Comparison**
**(in '000s)**

| | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 5-yr total | |
|---|---|---|---|---|---|---|---|---|
| **CURRENT - USI** | | | | | | | | |
| Recurring Production Revenue | | 9,000 | 10,000 | 10,750 | 11,250 | 11,750 | | **Very conservative - Not recognizing any organic rate growth (10% to 100% on FL property** |
| Share % | | 25% | 25% | 25% | 25% | 25% | | **placements) on existing $9mm book** |
| Gross renewal commissions | | 2,250 | 2,500 | 2,688 | 2,813 | 2,938 | | |
| New Production Revenue | | 1,000 | 750 | 500 | 500 | 500 | | **Have grown $1.5m per year for last 5 years - Have decreased growth rate 2023 - 2027 due to capacity** |
| Share % | | 40% | 40% | 40% | 40% | 40% | | **issues** |
| Gross new commissions | | 400 | 300 | 200 | 200 | 200 | | |
| **Gross income** | | **2,650** | **2,800** | **2,888** | **3,013** | **3,138** | | |
| **Stock Awards** | | **350** | **120** | **144** | **173** | **207** | | **Note - Beginning $350k stock balance - $50k of annual new stock awards growing at 20%** |
| **Total Comp** | | **3,000** | **2,920** | **3,032** | **3,185** | **3,345** | **15,482** | **Does not include projected 90% book retention bonus after year 5**     **9,600** |

| | | 2023 | 2024 | 2025 | 2026 | 2027 | | | | 2023 | 2024 | 2025 | 2026 | 2027 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROPOSED - Lockton** | | | | | | | | **ALTERNATIVE** | | | | | | | |
| Production revenue | | 3,500 | 6,000 | 7,500 | 9,000 | 10,500 | | | | 3,500 | 6,000 | 7,500 | 9,000 | 10,500 | |
| Share % | | 35% | 35% | 35% | 30% | 30% | | | | 45% | 45% | 45% | 45% | 45% | |
| Gross commissions | | 1,225 | 2,100 | 2,625 | 2,700 | 3,150 | | | | 1,575 | 2,700 | 3,375 | 4,050 | 4,725 | |
| Other | | 30 | 31 | 32 | 33 | 34 | | | | 30 | 31 | 32 | 33 | 34 | |
| Revenue/salary | | 1,255 | 2,131 | 2,657 | 2,733 | 3,184 | | | | 1,605 | 2,731 | 3,407 | 4,083 | 4,759 | |
| Expenses | | (174) | (183) | (191) | (200) | (210) | | | | (174) | (183) | (191) | (200) | (210) | |
| **Gross income** | | **1,081** | **1,948** | **2,466** | **2,533** | **2,974** | | | | **1,431** | **2,548** | **3,216** | **3,883** | **4,549** | |
| **Signing bonus** | | **1,250** | | | | | | | | **1,750** | | | | | |
| **DBB** | | | 625 | 375 | 375 | | | | | | 625 | 375 | 375 | 375 | |
| | | 2,331 | 2,573 | 2,841 | 2,908 | 2,974 | 13,627 | | | 3,181 | 3,173 | 3,591 | 4,258 | 4,924 | 19,127 |
| **VARIANCE** | | (669) | (347) | (191) | (277) | (371) | (1,855) | | | 181 | 253 | 560 | 1,073 | 1,579 | 3,645 |