

**1/25/2023**

Re: *ZMR Capital, LLC and Entities – See attached*
*Broker of Record Letter – See attached policy and bond schedule*

Effective Date: *1/25/2023*

We hereby appoint Lockton Companies as our exclusive insurance broker. The employment of Lockton Companies rescinds all previous appointments, and the authority contained herein shall remain in full force until canceled in writing. Further, this letter constitutes our desire to waive any subsequent option for a period of potential rescission of this authority. No rescission shall be granted.

Lockton Companies is hereby authorized to negotiate directly with any interested company, including incumbents, as respects the implementation of *property & casualty insurance and surety* to be provided for the *ZMR Capital, LLC* and/or any of its subsidiary companies.

This letter also constitutes your authority to furnish Lockton Companies representatives with all information it may request as concerning our insurance contracts, rates, rating schedules, surveys, reserves, retentions, and all other financial data Lockton Companies may wish to obtain to complete its analysis of our present and future requirements in connection with this insurance program.

Lockton Companies shall not be responsible for any transaction, including but not limited to, unearned or return premium and commissions (due to audit, policy cancellation, a reduction in or deletion of coverage, or any other reason) and/or errors and omissions arising out of the placement of the above captioned policy that preceded this letter of authority

Yours truly,

Zachary Oseland
Officer of ZMR Capital LLC



PLAINTIFF
EXHIBIT
**094**

Confidential



## Named Insureds:

| Named Insured |
|---|
| Named Insured: ZMR Investments LLC/ ZMR Capital, LLC |
| Named Insured: 1918 Plantation Key Owner LLC |
| Named Insured: 1880 Destiny Owner LLC |
| Named Insured: 500 Jordan Stuart Owner LLC |
| Named Insured: 360 11th Street Owner LLC |
| Named Insured: 360 11th Street IV LLC |
| Named Insured: Chimney Hill Owner LLC |
| Named Insured: 1300 Santa Rosa Owner LLC |
| Named Insured: Park Place Apartments LLC |
| Named Insured: 3353 Lombardy Owner LLC |
| Named Insured: Hanley Place Apts Owner LLC |
| Named Insured: 512 Camino Real Owner LLC |
| Named Insured: Ninety-Nine 44 Owner LLC |
| Named Insured: Parks at Walnut Owner LLC |
| Named Insured: 3535 Webb Chapel Owner LLC dba Pecan Square |
| Named Insured: ZMR Acquisitions LLC |
| Named Insured: 3149 Landtree Owner LLC |
| Named Insured: 110 Summerfield Owner LLC |
| Named Insured: District Flats Owner,LLC |
| Named Insured: Twentyfifth Owner LLC |
| Named Insured: The Julia Owner LLC |
| Named Insured: PAPTH Owner, LLC |
| Named Insured: Upland Townhomes Owners, LLC. |
| Named Insured: Las Lomas Owner, LLC |

Confidential

LOCK00004179



## Policy Schedule:

| Coverage | Issuing Carrier | Policy Number | Effective Date | Expiration Date |
|---|---|---|---|---|
| Master Property | Broker- Chronos | | 3/31/2022 | 3/31/2023 |
| | Lloyd's of London – 15.0%, A XV | AMR-78370 | | |
| | Indian Harbor Insurance Company – 7.0%, A+ XV | AMP7542202-00 | | |
| | QBE Specialty Insurance Co. – 23.0%, A XV | MSP-38437 | | |
| | United Specialty Insurance Company – 6.5%, A X | USI-31071-00 | | |
| | Lexington Insurance Company – 15.0%, A XV | LEX-015056732-00 | | |
| | HDI Global Specialty SE – 6.5%, A XV | HAN-28527-00 | | |
| | Old Republic Union Insurance Company – 7.5%, A+ XV | ORAMPRO13440-00 | | |
| | GeoVera Specialty Insurance Company – 11.5%, A VIII | GVS-36573-00 | | |
| Master Equipment Breakdown | C N A | 7018716585 | 3/31/2022 | 3/31/2023 |
| Master Terrorism | Lloyds/Broker-Hamilton MGA Americas | WTLS223084 | 3/31/2022 | 3/31/2023 |
| Master General Liability (See Liability Schedule) | Axis Surplus/ Broker- RT Specialty | P00100084917701 | 3/31/2022 | 3/31/2023 |
| Master Umbrella/Excess Liability (See Excess Liability Schedule) | James River Great American Assurance Co/ Broker- ARM PG | 000876153 EXC4051188 | 3/31/2022 | 3/31/2023 |
| Private Equity Liability Insurance (D&O/Employment Practices Liability/E&O) | Great American E&S/Broker RT Specialty | PEPE247554 | 8/4/2022 | 3/31/2023 |
| Excess Property - Hanley Place Apts (AmWins) $5MX$5M | Broker: Amwins (See Carriers Below) | | 8/11/2022 | 7/30/2023 |
| Participation | 5,000,000 Excess $5,000,000 | | | |
| | Certain Underwriters at Lloyds | AQS-221815 | | |
| | Certain Underwriters at Lloyds | MDM-221815 | | |
| | Certain Underwriters at Lloyds | CPR-221815 | | |
| | Certain Underwriters at Lloyds | RNR-221815 | | |
| | HDI Global Specialty SE | HAQS-221815 | | |
| | Western World Insurance Company | SCO0006829 | | |
| | Safety Specialty Insurance Company | AMS-221815 | | |
| | Palomar Excess and Surplus Ins. Co. | PCOR-221815 | | |
| | Evanston Insurance Co. | MSRU002867-00 | | |
| | Gotham Insurance Co. | PR2022SRU0185 | | |

Confidential

LOCK00004180



| | | | | |
|---|---|---|---|---|
| **Excess Property - Hanley Place Apts $10MX$10M** | Broker: RT Specialty (See Carriers Below) | | 8/11/2022 | 7/30/2023 |
| Participation | 10,000,000 Excess $10,000,000 | | | |
| | Renaissance Re Syndicate 1458<br>HDI<br>Global Specialty SE<br>IQUW Syndicate 1856<br>W. R. Berkley Syndicate 1967<br>Lexington Insurance Company<br>Navigators Specialty Insurance Company<br>Evanston Insurance Company<br>Scottsdale Insurance Company<br>Aspen Specialty Insurance Company<br>Gotham Insurance Company<br>Safety Specialty Insurance Company<br>Broker: RT Specialty | JEM22XS1577 | 8/11/2022 | 7/30/2023 |

| | | | | |
|---|---|---|---|---|
| **Excess Property - Hanley Place Apts- $10MX$20M and $16,738,010 X $30M** | Broker: Amwins (See Carriers Below) | | 8/19/2022 | 7/30/2023 |
| Participation | Axis Surplus Insurance Company- $10m xs $20m<br>Mt. Hawley Insurance Company-$10m xs $20m<br>Certain Underwriters at Lloyd's -$10m xs $20m<br>QBE Specialty Insurance Company- $16,738,010 xs $30m | EAF663061-22<br>MPC0604476<br>MPC0604476<br>ASRU001201-00 | | |

| | | | | |
|---|---|---|---|---|
| TX Property- Layered & Shared | London<br>Ace WSLIC<br>RSUI<br>Axis<br>MunichRe<br>Intact<br>Broker - RT Specialty | B0180PG2204431<br>D39148936001<br>LHD927013<br>EAF66339022<br>7EA7XP100239900<br>795019826 | 9/9/2022 | 9/9/2023 |
| Site Pollution | Berkley/Nautilus | SSP2036509-11 | 12/21/2022 | 12/21/2023 |

## Bonds:

| Line of Business | Policy # | Policy Period | Broker/Issuing Carrier |
|---|---|---|---|
| Hillsborough $140K- Miscellaneous Bond | SU1181239 | 5/9/2022-5/9/2023 | Arch Insurance Company |
| KUA - 1880 Destiny Bond- Miscellaneous Bond | SU1181240 | 5/9/2022-5/9/2023 | Arch Insurance Company |
| Las Vegs Water $22,500- Miscellaneous Bond | SU1185123 | 7/7/2022-7/7/2023 | Arch Insurance Company |

Confidential

LOCK00004181



**Flood:**

| Community | Issuing Carrier | Effective Date | Expiration Date | Policy Number |
|---|---|---|---|---|
| Preserve at Riverwalk | Wright | 4/25/2022 | 4/25/2023 | 9115216170600 |
| Preserve at Riverwalk | Wright | 4/25/2022 | 4/25/2023 | 9115216172300 |
| Preserve at Riverwalk | Wright | 4/25/2022 | 4/25/2023 | 9115216172800 |
| Preserve at Riverwalk | Wright | 4/25/2022 | 4/25/2023 | 9115216174400 |
| Preserve at Riverwalk | Wright | 4/25/2022 | 4/25/2023 | 9115224181500 |
| Preserve at Riverwalk | Wright | 4/25/2022 | 4/25/2023 | 9115216173200 |
| Preserve at Riverwalk | Wright | 4/25/2022 | 4/25/2023 | 9115216174000 |
| Preserve at Riverwalk | Wright | 4/25/2022 | 4/25/2023 | 9115216174500 |
| Preserve at Riverwalk | Wright | 4/25/2022 | 4/25/2023 | 9115216175200 |
| Preserve at Riverwalk | Wright | 4/25/2022 | 4/25/2023 | 9115216175400 |
| Preserve at Riverwalk | Wright | 4/25/2022 | 4/25/2023 | 9115223505800 |
| Preserve at Riverwalk | Wright | 4/25/2022 | 4/25/2023 | 9115223589400 |
| Preserve at Riverwalk | Wright | 4/25/2022 | 4/25/2023 | 9115223508200 |
| **Community** | **Issuing Carrier** | **Effective Date** | **Expiration Date** | **Policy Number** |
| Excess Flood - Preserve at Riverwalk | Lloyds | 4/29/2022 | 4/29/2023 | DNAXF00245100 |

Confidential

LOCK00004182



Confidential