**From**: Davis, John [JDavis@lockton.com]
**Sent**: 11/9/2022 9:54:09 AM
**To**: Shelat, Anand [AShelat@lockton.com]

what is project buccaneer?

